Casebeer.IND

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
MAY 18 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff. <br><br> vs. <br><br> THOMAS KEITH CASEBEER, <br><br> Defendant. | CRIMINAL CASE NO. 05-00038 <br><br> **INDICTMENT** <br><br> **ATTEMPTED RECEIPT OF CHILD PORNOGRAPHY** <br> [18 U.S.C. § 2252A(a)(2)(A)] |

THE GRAND JURY CHARGES:

    Between on or about March 30, 2005, and on or about May 18, 2005, in the District of Guam, and elsewhere, the defendant herein, THOMAS KEITH CASEBEER, did knowingly attempt to receive child pornography as defined in Title 18, United States Code, § 2256(8)(B),

\\
\\
\\
\\
\\
\\

-1-

ORIGINAL

to-wit: movies on DVDs depicting minors engaging in sexually explicit conduct, which had been mailed, shipped and transported in interstate and foreign commerce, by any means.

ALL IN VIOLATION of Title 18, United States Code, § 2252A(a)(2)(A).

DATED this __18th__ day of May, 2005.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

By: _____
JOSEPH F. WILSON
Criminal Chief

-2-

Case 1:05-cr-00038    Document 1    Filed 05/18/2005    Page 2 of 2