# UNITED STATES DISTRICT COURT

U.S. MARSHALS--GUAM
RECEIVED

18 MAY 2005 14 00 01

District of **GUAM**

UNITED STATES OF AMERICA

V.

**THOMAS KEITH CASEBEER**

## WARRANT FOR ARREST

Case Number: **CR-05-00038-001**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      **THOMAS KEITH CASEBEER**

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

**X** Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

charging him or her with (brief description of offense)

**ATTEMPTED RECEIPT OF CHILD PORNOGRAPHY**

**FILED**
DISTRICT COURT OF GUAM

AUG 30 2005

**MARY L.M. MORAN
CLERK OF COURT**

in violation of Title **18** United States Code, Section(s) **2252A(a)(2)(A)**

**VIRGINIA T. KILGORE**
Name of Issuing Officer

**DEPUTY CLERK**
Title of Issuing Officer

Signature of Issuing Officer

**MAY 18, 2005   HAGATNA, GUAM**
Date and Location

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

San Francisco, CA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/18/05 | CM Hales Postal Inspector | Craig M. Hales |
| DATE OF ARREST 5/19/05 | Craig M. Hales | |

ORIGINAL