# United States District Court

DISTRICT OF _____ GUAM _____

United States of America

v.

Thomas Casebeer

Criminal No. CR-05-00038

Consent to Transfer of Case

for Plea and Sentence

(Under Rule 20)

**FILED**
DISTRICT COURT OF GUAM
NOV 16 2005
MARY L.M. MORAN
CLERK OF COURT

I, _____ Thomas Casebeer _____, defendant, have been informed that a _____ indictment _____ ( *indictment, information, complaint* ) is pending against me in the above designated cause. I wish to plead _____ guilty _____ ( *guilty, nolo contendre* ) to the offense charged, to consent to the disposition of the case in the _____ Northern _____ District of _____ California _____ in which I _____ am present _____ ( *am under arrest, am held, am present*) and to waive trial in the above captioned District.

Dated: 11-2-05  at San Francisco

_____
(Defendant)

_____
(Witness)

_____
(Counsel for Defendant)

Approved

KEVIN V. RYAN
United States Attorney for the
NORTHERN District of
CALIFORNIA
By: _____
Assistant U.S. Attorney

LEONARDO M. RAPADAS
United States Attorney for the
_____ District of
Guam and Northern Mariana Islands

FORM USA-153
SSP.112

ORIGINAL