Form No. USA-18
(Rev. 6-1-63)

# RULE 20—TRANSFER NOTICE

| TO: Russell C. Stoddard, FAUSA<br>U.S. Attorney's Office<br>Ste. 500, Sirena Plaza<br>108 Hernan Cortez, Hagatna, GU 96910 | DISTRICT<br>Guam | DATE<br>11/17/05 |
|---|---|---|
| NAME OF SUBJECT<br>THOMAS KEITH CASEBEER , *CR05-00038 as* | STATUTE VIOLATED<br>18 USC §2252A(a)(2)(A) | FILE DATA (Initials and Number) |

## PART A—DISTRICT OF ARREST

[ ] The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the charges pending against him in your district. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

[ ] Enclosed is certified copy of waiver of indictment executed by defendant. Kindly file criminal information and forward two certified copies thereof.

[X] Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceedings or certified copies thereof to the Clerk of the Court in this district in accordance with Rule 20. Docket No. CR-3-05-70327-EDL

[ ] Other (Specify):

[ ] The above-named defendant entered a plea of guilty under Rule 20.
**DATE OF PLEA**     **DATE OF SENTENCE**     **SENTENCE**

| FROM (Signature and Title)<br>*Monica Fernandez*<br>MONICA FERNANDEZ<br>Assistant U.S. Attorney | ADDRESS<br>U.S. Attorney's Office<br>11th Flr., Federal Bldg., 450 Golden Gate<br>Ave., Box 36055, San Francisco, CA 94102 |
|---|---|

## PART B—DISTRICT OF OFFENSE

[X] I am agreeable to Rule 20 disposition.

[ ] I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at
on     at     o'clock.
(Kindly notify me of any anticipated delay.)

[ ] Enclosed are two certified copies of indictment or information. Docket No. _____

[ ] Please have defendant execute waiver of indictment.

[ ] Other (Specify):

| SIGNATURE (Name and Title)<br>RUSSELL C. STODDARD<br>First Assistant U.S. Attorney | DISTRICT<br>Guam | DATE<br>11/21/05 |
|---|---|---|

See United States Attorneys Manual, Title 2, pp. 11–16.2 and United States Attorneys Bulletin (Appendix) Vol. 9, No. 20, October 6, 1961, for an explanation of procedures under Rules 7 and 20, Federal Rules of Criminal Procedure. See also Title 4, p. 44.1, United States Attorneys Manual.

ORIGINAL